No. 963. UNIVERSITY NATIONAL STOCKHOLDERS PROTECTIVE COMMITTEE, INC., *v.* UNIVERSITY NATIONAL LIFE INSURANCE CO. ET AL. C. A. 6th Cir. Certiorari denied. *Robert L. Taylor* for petitioner. 

No. 965. PAULING ET AL. *v.* McNAMARA, SECRETARY OF DEFENSE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Francis Heisler, Charles A. Stewart* and *Oliver Ellis Stone* for petitioners. *Solicitor General Cox* for respondents.

No. 969. BRYANT ET AL. *v.* MOORE ET AL. Supreme Court of Ohio. Certiorari denied. *Louis C. Capelle* for petitioners. *George H. Elliott* for respondents.

No. 970. ANONYMOUS No. 1, AN ATTORNEY, *v.* COORDINATING COMMITTEE ON DISCIPLINE. Court of Appeals of New York. Certiorari denied. *Leonard Feldman* for petitioner. *Henry Weiner* for respondent.

No. 972. MELVILLE CONFECTIONS, INC., *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Frederick W. Turner, Jr.* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent. 

No. 978. BRODY, DOING BUSINESS AS ALBERT FRENCH RESTAURANT, *v.* EPSTEIN, CHAIRMAN OF THE NEW YORK STATE LIQUOR AUTHORITY, ET AL. Court of Appeals of New York. Certiorari denied. *Edward D. Burns* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, and *Samuel A. Hirshowitz,* First Assistant Attorney General, for respondents.